IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DANIEL CURREAN DOWNING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 106-001 |
| ) | |
| KEVIN ROBERTS, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's motion to dismiss (doc. no. 10) is **DENIED**. Respondent should file his brief on the merits of the petition within thirty (30) days of the date of this Order.

SO ORDERED this 21 day of December, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE